# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148472 & (49)(50)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

              SC: 148472
              COA: 311558
              Wayne CC: 11-010421-FH

JEROME TOOKES,
    Defendant-Appellee.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 5, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. The motion for stay is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2014



s0121

              Clerk